TRULINCS 35201066 - ROBINSON, GREGORY - Unit: CUM-G-A

-----------------------------------------------------------------------------

FROM: 35201066
TO: Robinson, Marcine
SUBJECT: Judge Diamond Letter Request
DATE: 06/23/2019 05:12:33 PM

To Judge Diamond's Assistant;

Good day.

My name is Gregory Robinson #35201-066. I was a defendant in Judge Diamonds court. I was sentenced on April 2nd of this year 2019. My attorney Mr. Paul Hecknetzer submitted three letters to the Judge that I need copies of. Two letters I received from FDC Philadelphia. One was from Ms. Lindy the Education Supervisor and the other from the Chaplin. The third letter was from my Pastor Joseph Roberts Jr. informing the court that I had a job upon my release.

I have not be able to receive a copy of those letters from my attorney as he submitted the originals to the court. I am now station at the Federal Prison Camp in FCI Cumberland, Md., and if possible I would like to get a copy of those letters send to my case worker Mrs. Shobe so that she can put them in my central file.

I have no doubt that you have a million and one things to do. But I would greatly appreciate if you could please send a copy of those letters at your earliest convenience to Ms. Shobe at the following address;

Mrs. Shobe
14601 Burbridge Rd
Cumberland, MD. 21502

I thank you in advance for your help and understanding of the situation. May God continue to bless you and keep you in perfect peace.

Respectively,

Gregory Robinson
35201-066
FCI Cumberland, MD.

PS. I have included (2) US Postal Stamps. Thank you once again.

35201-066
Gregory Robinson
Federal Prison Camp
1000 Po Box
Cumberland, MD 21501
United States

35201-066
Honorable Judge Paul Diamond
601 Market St.
Courtroom 6-A
Phila, PA 19106
United States

BALTIMORE MD 212
24 JUN 2019 PM 7 L

U.S.M.S.
X-RAY

USA FOREVER